UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC X. MURILLO,

          Plaintiff,

   v.

WEST COUNTY DETENTION FACILITY
MEDICAL,

          Defendant.

Case No.  25-cv-06262-RFL

**ORDER**

Eric Murillo, a detainee at West County Detention Facility, proceeding *pro se*, filed a civil rights complaints pursuant to 42 U.S.C. § 1983.  The Court screened the complaint and dismissed it with leave to amend.  (Dkt. No. 7.)  The Court identified the deficiencies of the complaint and instructed Plaintiff on what to address in an amended complaint.  (*Id*. at 3.) Plaintiff filed a brief amendment, but it is not a proper amended complaint.  (Dkt. No. 10.) Plaintiff submitted one page that contains some additional allegations but fails to address many of the deficiencies noted by the Court and does not fully repeat the allegations of the original complaint.

Plaintiff is reminded that an amended complaint completely replaces the previous complaints.  Plaintiff must include in his amended complaints all the claims he wishes to present and all of the Defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Plaintiff may not incorporate material from any prior complaint by reference.  It is insufficient to only add extra allegations without fully setting forth the contents of the original complaint.  He must specifically describe how the named Defendants violated his constitutional

1

rights.

The amendment is DISMISSED with leave to file a proper amended complaint by **June 1, 2026**.  He should follow the instructions in the Court's prior screening order.  Failure to file amended complaints in accordance with this order will result in dismissal of these actions under Federal Rule of Civil Procedure 41(b) without further notice to Plaintiff.  The Clerk shall send Plaintiff a copy of the prior screening order (Dkt. No. 7).

**IT IS SO ORDERED.**

Dated: April 30, 2026

RITA F. LIN
United States District Judge

2